## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 11-43775-DRC |
| | § | |
| EILEEN PRICE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 07/06/2012, in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   05/25/2012                    By:   /s/ David E. Grochocinski
                                                     (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60451

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 11-43775-DRC |
| | § | |
| EILEEN PRICE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*                    $6,622.92
*and approved disbursements of*                          $53.79
*leaving a balance on hand of[1]:*                       $6,569.13

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:        $0.00
Remaining balance:        $6,569.13

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- |
| David E. Grochocinski, Trustee Fees | $1,412.29 | $0.00 | $1,412.29 |

Total to be paid for chapter 7 administrative expenses:        $1,412.29
Remaining balance:        $5,156.84

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:        $0.00
Remaining balance:        $5,156.84

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $5,156.84 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $28,376.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $10,147.17 | $0.00 | $1,847.56 |
| 2 | Discover Bank | $8,484.57 | $0.00 | $1,544.84 |
| 3 | Capital One Bank (USA), N.A. | $3,118.10 | $0.00 | $567.73 |
| 4 | FIA CARD SERVICES, N.A. | $202.83 | $0.00 | $36.93 |
| 5 | State Farm Bank | $6,424.26 | $0.00 | $1,169.71 |

| | |
|---|---|
| Total to be paid to timely general unsecured claims: | $5,166.77 |
| Remaining balance: | ($9.93) |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | ($9.93) |

**UST-Form 101-7-NFR (5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | ($9.93) |

Prepared By:   /s/ David E. Grochocinski

Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60451

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 11-43775-DRC
Eileen M Price                                                              Chapter 7
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mhenley          Page 1 of 2          Date Rcvd: May 30, 2012
                             Form ID: pdf006         Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2012.
db            Eileen M Price,   2121 Fox Run,   Wheaton, IL  60189-7106
17982820      Bank Of America,   PO Box 851001,   Dallas, TX  75285-1001
17982819      Bank Of America,   PO Box 982235,   El Paso, TX  79998-2235
17982821      Blitt & Gaines, P.C.,   For Citi Cards,   661 Glenn Ave,   Wheeling, IL  60090-6017
18454675      Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
17982822      Capital One Bank (USA), NA,   PO Box 6492,   Carol Stream, IL  60197-6492
17982823      Chase Cardmember Service,   Credit Card Services,   PO Box 15153,   Wilmington, DE  19886-5153
17982824      Citi Cards,   Processing Center,   Des Moines, IA  50363-0001
17982825      Citibank (South Dakota) N.A.,   Attn: Bankruptcy Department,   701 E 60th St N,
              Sioux Falls, SD  57104-0493
17982826     +Client Services Incorporated,   For Discover Financial Services,   3451 Harry S. Truman Blvd.,
              Saint Charles, MO 63301-4047
17982828      Edward W. Venckus Trust,   Susan G. Wallace, Trustee,   2100 Timber Ln,   Wheaton, IL  60189-7119
18459592      FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
17982818      Law Office of David J Boersma,   1776-A S Naperville Road Suite 200,   Wheaton, IL  60189-5843
17982817      Price Eileen M,   2121 Fox Run,   Wheaton, IL  60189-7106
17982829      State Farm Bank,   PO Box 23025,   Columbus, GA  31902-3025
18761816      State Farm Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17982830      State Farm Bank,   PO Box 2326,   Bloomington, IL  61702-2326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17982827      E-mail/PDF: mrdiscen@discoverfinancial.com May 31 2012 03:33:58      Discover Bank,
              C/O Discover Financial Services,   PO Box 6103,   Carol Stream, IL  60197-6103
18373424      E-mail/PDF: mrdiscen@discoverfinancial.com May 31 2012 03:33:58      Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
17982831      E-mail/Text: BKRMailOps@weltman.com May 31 2012 05:52:35      Weltman, Weinberg & Reis Co. LPA,
              For Chase,   323 W Lakeside Ave Ste 200,   Cleveland, OH  44113-1009
17982832      E-mail/Text: BKRMailOps@weltman.com May 31 2012 05:52:35      Weltman, Weinberg & Reis Co. LPA,
              For Chase,   PO Box 93784,   Cleveland, OH  44101-5784
                                                                                   TOTAL: 4

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 01, 2012**                    **Signature:**   *Joseph Speetjens*

District/off: 0752-1          User: mhenley          Page 2 of 2          Date Rcvd: May 30, 2012
                             Form ID: pdf006         Total Noticed: 21

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2012 at the address(es) listed below:
          David E Grochocinski     on behalf of Trustee David Grochocinski lawyers@ggl-law.com,
           lawyers@ggl-law.com
          David E Grochocinski     dgrochocinski@ggl-law.com,  deg@trustesolutions.net
          David J Boersma   on behalf of Debtor Eileen Price attorneyboersma@sbcglobal.net
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                      TOTAL: 4